IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW J. SWARTZLANDER                                                                        PLAINTIFF

v.                                          Case No. 3:12CV00172-JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 6th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE